Niels **CHRISTENSEN, Plaintiff-Appellant, v. BRAGG–KLIESRATH CORPORATION, Defendant-Appellee.**

No. 6595.

Circuit Court of Appeals, Seventh Circuit.

June 8, 1938.

Before SPARKS and TREANOR, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is ordered by this Court that this appeal be, and the same is hereby, dismissed, with costs.

The **CITY OF NEW YORK, as Owner of the Scow THE D. S. NO. 9, Libelant-Appellee, v. Tug THE McALLISTER BROTHERS, Daniel McAllister Corporation, Claimant-Appellant, and Steamtug THE MONTROSE, Eastern Transportation Company, Claimant-Appellee.**

No. 322.

Circuit Court of Appeals, Second Circuit.

June 6, 1938.

Purdy, Mason & Lamb, of New York City (Edmund F. Lamb and Gerard M. McAllister, both of New York City, of counsel), for claimant-appellant.

William C. Chanler, Corp. Counsel, of New York City (Willard M. L. Robinson, of Brooklyn, N. J., of counsel), for libelant-appellee.

Foley & Martin, of New York City (Christopher E. Heckman, of New York City, of counsel), for claimant of tug The Montrose.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.

**CITY OF ST. LOUIS, a Municipal Corporation, Petitioner, v. NATIONAL BITUMINOUS COAL COMMISSION et al.**

No. 409.

Circuit Court of Appeals, Eighth Circuit.

May 13, 1938.

Edgar H. Wayman, City Counselor, and Louis A. McKeown and John G. Burkhardt, Associate City Counselors, all of St. Louis, Mo., for petitioner.

Robert W. Knox, General Counsel, of Washington, D. C., Bituminous Coal Commission, for respondent.

PER CURIAM.

Dismissed without prejudice, at costs of petitioner pursuant to stipulation.

**C. J. FARLEY & CO. v. COMMISSIONER OF INTERNAL REVENUE.**

No. 8052.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1938.

Emmet D. Borden, of Washington, D. C., for petitioner.

James W. Morris, J. P. Wenchel, and Sewall Key, all of Washington, D. C., for respondent.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that the transcript of record in this case was filed on October 3, 1936, and that petitioner has failed, after due notice, to take any steps to prosecute the appeal in this court; on consideration whereof, it is ordered upon the court's own motion, that the appeal herein be and the same is docketed and dismissed.